UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK PYLE,<br><br>   Plaintiff,<br><br>   v.<br><br>GLENN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 2:24-cv-2940-TLN-CSK<br><br>**ORDER** |

Plaintiff Erik Pyle ("Plaintiff"), proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2025, the magistrate judge filed findings and recommendations (ECF No. 25), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25). On October 24, 2025, Plaintiff filed objections to Defendant's motion to dismiss which will be construed as Plaintiff's objections to the findings and recommendations (ECF No. 27). Plaintiff objects to the adoption of the findings and recommendations on the grounds that Defendant's motion to dismiss will be rendered moot upon Plaintiff's filing of his second amended complaint. (*Id*.) Plaintiff then filed a second amended complaint on November 12, 2025. (ECF No. 30.) The Court has

1

considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are ADOPTED IN FULL;

2. Defendant Glenn County Sheriff's Department's motion to dismiss (ECF No. 18) is GRANTED with leave to amend the complaint; and

3. Because Plaintiff has filed a Second Amended Complaint (ECF No. 30), this matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: November 25, 2025

_____
Troy L. Nunley
Chief United States District Judge