UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIK PYLE,

Plaintiff,

v.

CHEIF JUSTIN GIBBS GLENN COUNTY SHERIFF OFFICER DOE,[1]

Defendants.

No. 2:24-cv-02940-TLN-CSK

**ORDER**

On May 12, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 47.) Plaintiff appears to have included objections in his filing titled "Plaintiff's Motion for Leave to File Third Amended Complaint," on May 19, 2026. (ECF No. 48.) Defendants Glenn County Sheriff's Department and Sheriff Justin Gibbs filed an opposition on June 1, 2026. (ECF No. 49.) Plaintiff filed a reply on June 26, 2026. (ECF No. 52.) Accordingly, the Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.

[1] Defendants are named as they appear on the caption page of Plaintiff's Second Amended Complaint (ECF No. 30). Spelling errors are in the original.

The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

To the extent Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 48) constitutes a standalone motion, it is denied as moot because the Court adopts the findings and recommendations in full. Plaintiff also raises miscellaneous requests in his reply (ECF No. 52), which the Court denies as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 47) are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 42) is GRANTED;

3. Plaintiff's Second Amended Complaint (ECF No. 30) is DISMISSED without leave to amend;

4. Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 48) is DENIED as moot;

5. Plaintiff's miscellaneous requests (ECF No. 52) are DENIED as moot; and

6. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE